# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

                Plaintiff,

vs.                                                     Case Number:

                                                               Honorable

                Defendant.

_____/

## STATEMENT OF DISCLOSURE OF CORPORATE AFFILIATIONS
## AND FINANCIAL INTEREST

Pursuant to LR 83.4, _____ makes the following disclosure:
[NOTE: A negative report, if appropriate, is required.]

1.    Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

       Yes_____                  No _____

       If the answer is "Yes", list below the identity of the parent corporation or affiliate and the relationship between it and the named party:

2.    Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?

       Yes_____                  No _____

       If the answer is "Yes", list the identity of such corporate or affiliate and the nature of the financial interest:

_____              _____
Signature of Counsel                                                    Date

(Rev. 5-99)