IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| Dallas Buyers Club, LLC,  )  )  )  ) Plaintiff,  )  )  v.  )  )  Does 1-11,  )  )  Defendants.  )  | Case: No.  14-cv-11649 |

MOTION FOR LEAVE TO SERVE THIRD PARTY SUBPOENAS
PRIOR TO A RULE 26(f) CONFERENCE

Pursuant to Fed. R. Civ. P. 26(d)(1), and upon the attached: (1) Memorandum of Law in support of this motion; and (2) Declaration of Daniel Macek in support of this motion, Plaintiff respectfully moves for entry of an order granting it leave to serve third party subpoenas prior to a Rule 26(f) conference (the "Motion"). A proposed order is attached for the Court's convenience.

DATED:  May 8, 2014

Respectfully submitted,

By : /s/ Paul J. Nicoletti
 Paul Nicoletti  (P-44419)
 NICOLETTI LAW, PLC
 33717 Woodward Avenue, Ste. #433
 Birmingham, MI 48009
 Landline: (248) 203-7800
 eFax: (248) 928-7051
 Email:  pauljnicoletti@gmail.com
 http://www.nicolettilawplc.com

 ATTORNEY FOR PLAINTIFF
 DALLAS BUYERS CLUB, LLC