# *Piracy of Oscar-Winning Films Pops Post-Show*



MARCH 28, 2014 | 10:00AM PT

*Andrew Wallenstein (http://variety.com/author/andrew-wallenstein/)*
Editor-in-chief: Digital
*@awallenstein (http://twitter.com/@awallenstein)*

If there is a bright side to piracy, it's a useful tool for gauging consumer appetite — which might hearten the studios hoping the Academy Awards (http://variety.com/t/academy-awards/) provide a bump to films as they make their way to homevideo. The big night did drive sizable spikes in worldwide file-sharing to four of the nine best picture nominees, as tracked by content protection firm CEG Tek Intl. across the final months of awards season. But it's noteworthy that winning Oscars extended those spikes. Just look at "American Hustle (http://variety.com/t/american-hustle/)," which took no awards: The film's piracy plateaued immediately afterwards, while

**Exhibit B**

"Dallas Buyers Club" and "Gravity (http://variety.com/t/gravity/)" kept soaring. Best picture winner "12 Years a Slave (http://variety.com/t/12-years-a-slave/)" is on top, but grade that one on a curve: Its surge began the day its Digital HD release was available for pirates to illegally appropriate.

**SEE MORE:** *From the March 25, 2014 issue of Variety (http://variety.com/print-issues/323-7-march-25-2014/)*

**Click here for larger image (http://pmcvariety.files.wordpress.com/2014/03/oscar-winner-piracy.jpg).)**



SEE MORE: From the March 25, 2014 issue of Variety

**FOR ALL VARIETY'S HEADLINES, FOLLOW US @VARIETY (HTTPS://TWITTER.COM/INTENT/FOLLOW?SCREEN_NAME=VARIETY) ON TWITTER**

# RELATED STORIES

powered by SideDoor™



**Tom Hiddleston Replaces Benedict Cumberbatch in...**



**'Game of Thrones' Actress: Justin Bieber Is The...**

**Emma Watson Addresses 'Little Mermaid' Casting...**

## FROM THE WEB



**Mark Wahlberg Calls Transformers the 'Most...**



**Game of Thrones' Peter Dinklage Admits He Has...**

*People*



**45 Celebrities Who Have Killed People**

*Ranker*



**The scariest movie of 2014?**

*Lionsgate*

**20 Celebrities Who Were Homecoming Queens**

*Rant Lifestyle*

© Copyright 2014 Variety Media, LLC, a subsidiary of Penske Business Media, LLC. Variety and the Flying V logos are trademarks of Variety Media, LLC.

Variety411: Your production services resource (http://variety411.com/)