# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN

|  |  |  |
|---|---|---|
| | ) | |
| | ) | |
| | ) | |
| Dallas Buyers Club, LLC, | ) | |
| | ) | |
| v. | ) | Case: No. 2:14-cv-11649-LVP-PJK |
| | ) | |
| DOES 1-11, | ) | |
| | ) | |

## ORDER ON PLAINTIFF'S FIRST MOTION
## FOR EXTENSION OF TIME WITHIN WHICH IT HAS TO SERVE
## DOE DEFENDANTS WITH A SUMMONS AND COMPLAINT

**THIS CAUSE** came before the Court upon Plaintiff's Motion for entry of an order for an extension of time within which Plaintiff has to serve Defendants with a Summons and Complaint, and the Court being duly advised in the premises does hereby:

**FIND, ORDER AND ADJUDGE:**

The time within which Plaintiff must serve a Defendant with a Summons and Complaint is extended to October 24, 2014.

**IT IS SO ORDERED.**

s/ Linda V. Parker
LINDA V. PARKER
U.S. DISTRICT JUDGE

Dated: August 27, 2014