IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| Dallas Buyers Club, LLC, | ) |
| | ) |
| | ) Case No.: 2:14-cv-11649-LVP-PJK |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| DOES 1-11, | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF DISMISSAL WITHOUT PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to all remaining Defendants identified in Plaintiff's Complaint that have not already been dismissed. This terminates the matter.

DATED:  November 17, 2014          Respectfully submitted,

                                   Dallas Buyers Club, LLC,

                                   By:  s/Paul J. Nicoletti
                                        Paul Nicoletti  (P-44419)
                                        NICOLETTI LAW, PLC
                                        33717 Woodward Avenue, Ste. #433
                                        Birmingham, MI 48009
                                        Landline: (248) 203-7800
                                        eFax: (248) 928-7051
                                        Email:  pauljnicoletti@gmail.com
                                        http://www.nicolettilawplc.com

                                        ATTORNEY FOR PLAINTIFF
                                        DALLAS BUYERS CLUB, LLC